**STATE of Missouri, Respondent,**

v.

**Marvin J. THOMAS, Appellant.**

**ED 103169**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: December 20, 2016

Christine Lesicko, Assistant Attorney General, Jefferson City, MO, for respondent.

Kevin B. Gau, Assistant Public Defender, St. Louis, MO, for appellant.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

Marvin J. Thomas appeals from his conviction of the class D felony of resisting a lawful stop creating a substantial risk of serious injury or death to any person, pursuant to Section 575.150 (RSMo 2000). We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their

information only, setting forth the reasons for this order pursuant to Rule 30.25(b).